Good morning, I'm Robert Greenwald, and I'm from the Institute of Journalism. I would like to start off by discussing what we're doing at the moment. First of all, as I mentioned, we're at open space. We can learn, we can test, we can see for ourselves, we can advocate, basically we can do this. We didn't plan this, did we? Okay, this is a good idea. I'm going to ask this question about information. What's one of the things that we're doing? I guess it's called information, but it's a way for us to know what people are talking about, what this is suggested by people, and that gives us an idea of what people are talking about. Okay. Do you remember this? Is that what I'm saying? Yes. I have a question between what John has to say, because there are a lot of things we have to learn in terms of 7.5, and secondly, in terms of 7.5, what is the role of the computer? Yeah, it's a huge role. I mean, first of all, we have to think about what are the possible causes, and we have to think about this, and it's an issue that should be addressed, and I think this is a huge role for us. I don't know about you, but I'm going to leave it at that for the rest of your day, because I don't want to take any more of your time, so I'm going to leave it at that for the rest of the session. Okay. That's what I'm saying. This is beyond the data, and that's why we have to think about what are the possible causes. Okay. So, first of all, I guess the first of all, I guess that's a short comment for the rest of you. The first step, first of all, is to make the fact that people are crying, and clearly, knowingly, using intimidation, to the best of their ability, to enforce their representation. You know, there is no evidence, and I have found, in fact, that they were trying to conduct a breach, not just because of what was stated, but simply, I don't really see all the nature of the person sending the message, sending a message, I don't see the difference in sending out a guest speaker, who goes on to have to get into hospital services, unless I didn't have to listen. What's going on is I was in a other of nine hospitals, and nobody could hear that. So it makes completely sense, what it feels like when you're talking to your extracurricular And it's very similar in a serious sense, to the general principles of exercise and self-control that we're trying to see progress in. I'm not aware of any support of these principles, I don't understand any of them. It's just his opinion. He was intended to be a witness in this case. And to use that footstrap in this case, which I don't see how there's a connection. What I forgot to talk about was the reason behind doing the connection to Mr. Cohen. And then they tried to use that to make a connection to Mr. Cohen, of course. But in the end, as to Mr. Cohen, whether there's evidence that he committed a crime, the only thing that's there is I'm looking for his name. But that has to do with the above explanation, which is the evidence wasn't there. No, I don't think that's correct. Well, my question is to you, Mr. Cohen, to a witness, to this person that's supposed to have talked, to Mark, who has listed his name in the admonition. Mark, let's assume that he had a view on this case as a witness. I think he has a view on this case. Mark, what's your view? What's your assessment? Does he have a name that seems probable to us? He seems to have a name that seems probable to us. What's your next argument on this case? You see? Well, I thought you were arguing that he was an underprivileged human being. Well, yes, I am. So I have an answer to that argument. That's why I'm asking you this. Okay. I'll give you the next argument, but I'll start with you, sir. Your first argument, it was pretty certain, and to be perfectly honest, I had some of the impression that it didn't have to be pretty certain. I know the truth, so I'll show you my work. If it's not probably pretty certain, then it shouldn't feel like one, so I'll take your word for it. If it's not, then it shouldn't be. It should be a very formal, plain theory that wasn't already reported, so I'll take your word for it. I was part of the trial of the judges when you were saying it, and as I understood it, I was making it up. I didn't understand what you were going to ask, or what's the discussion, if you had anything else you wanted to put in on it, you should know. You said, okay, let's move on to the motions for this. So I said, hey, I think it's hard to see what you're cutting and clenching as far as anything the judge here was expecting to progress the operation. But sir, anyway, you know, my proposition is that the legislation is indicated to the government to further influence this policy that has been implemented by President Kennedy, and I think that I can so not so say that he didn't know these motions or know that he didn't say it, because it is so hard to configure a court of theory to configure a judiciary, right? Yes, he did. I don't have to answer the question, but I can tell you that if he's considering the motion for you, it's because it's one of those funny stories, because at some points he says, you know, I heard your motion in writing, without any ruling, and at other points he says you have the area, which I don't know what he said or did I say something earlier and I even don't know what he said. I was told to move on, but I don't think I was the man that you hear and I have to say something else and it wasn't the right thing to do, it was the right thing to do, so I think it's just there's just something else that you do with the question, something else that you want to do. Yes, I'm going to let you know that I don't know the answer to the next question. Yes, I'm going to call this one out, even if you don't want to say it now, maybe, so I'll let you know when you finish this question and you will complete the next one out of the question. So, again, I think the evidence is relevant, but then you can reconsider the evidence and make a ruling based upon the evidence, and then even if you passed it, then you can't have it that there was not, for example, real evidence that you got it. And the final answer is your motion was spreadsheet and I didn't hear that at all, so that's not your motion was spreadsheet. But, isn't that just that you made a decision that was spreadsheet based? Yes, it's just that you made the decision that it wasn't real evidence, and therefore it wasn't particular  So, .  . .   . . . . . . . . . . . . point point point point point
judges: Tashima, Tallman, Hurwitz